JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE REYES, <br><br> Plaintiff, <br> vs. <br><br> LELAND DUDEK, <br> Acting Commissioner of Social Security, <br><br> Defendant. | ) Case No. 2:24-cv-09937-SK <br> ) <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 4, 2025

                                            HON. STEVE KIM
                                            UNITED STATES MAGISTRATE JUDGE