Tanya McGary, SBN 236729
tmcgary@lafla.org
Attorney for Jorge Reyes
Legal Aid Foundation of Los Angeles
5211 E. Washington Blvd
Suite 2-457
Commerce, CA 90040
(213) 640-3875 (tel)
(213) 640-3911 (fax)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE REYES,<br><br>  Plaintiff,<br><br>vs.<br><br>LELAND DUDEK,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>  Defendant | Case No.: 2:24-cv-09937-SK<br><br>**ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(D), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of EIGHT THOUSAND FOUR HUNDRED DOLLARS ($8,400), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

1

Dated: 4/21/2025

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE

2